EMILY S. COSTIN (SBN 240414)
emily.costin@alston.com
COURTNEY E. WALTER (*pro hac vice forthcoming*)
courtney.walter@alston.com
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile:  (202) 654-4995

DAVID CARPENTER (*pro hac vice forthcoming*)
david.carpenter@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

JEAN E. RICHMANN (SBN 323525)
jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., 21st Floor
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile:  (415) 243-1001

*Attorneys for Defendant
Aetna Health of California, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALOOJAS, INC.,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>　　*Defendant*. | Case No.:  3:22-cv-02887-JSC<br>Hon. Jacqueline Scott Corely<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**Complaint Filed:**　　May 16, 2022 |

Pursuant to Civil Local Rule 6-1(a), Defendant Aetna Health of California, Inc. ("Aetna") and Plaintiff Saloojas, Inc. ("Plaintiff"), by and through their respective counsel of record, stipulate as

1 follows:

2     WHEREAS, Plaintiff served its Complaint on May 27, 2022;

3     WHEREAS, Aetna currently has until June 17, 2022 to answer or respond to Plaintiff's
4 Complaint;

5     WHEREAS, Aetna has requested, and Plaintiff has consented to, an additional four weeks (28
6 days) for Aetna to answer or respond to the Complaint;

7     WHEREAS, an additional 28 days for Aetna's answer or response to the Complaint will not
8 alter the date of any event or any deadline already fixed by the Court order;

9     NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a), by
10 and between the parties, through their respective counsel, that Aetna shall answer or otherwise respond
11 to the Complaint by July 15, 2022.

13 **IT IS SO STIPULATED.**

15 DATED: June 13, 2022      **ALSTON & BIRD LLP**

17      By:   */s/ Jean E. Richmann*

18 DATED: June 13, 2022      **LAW OFFICE OF MICHAEL LYNN GABRIEL**

20      By:   */s/ Michael L. Gabriel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022

_____
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED:  June 13, 2022

*/s/ Jean E. Richmann*
Jean E. Richmann

ALSTON & BIRD LLP
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Telephone: 415-243-1000
E-mail: jean.richmann@alston.com

*Counsel for Defendant Aetna Health of California, Inc.*