| | |
|---|---|
| EMILY S. COSTIN (SBN 240414) <br> emily.costin@alston.com <br> COURTNEY E. WALTER (*pro hac vice*) <br> courtney.walter@alston.com <br> **ALSTON & BIRD LLP** <br> 950 F Street, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 239-3300 <br> Facsimile:  (202) 654-4995 | DAVID CARPENTER (*pro hac vice*) <br> david.carpenter@alston.com <br> ANDREW BROWN (*pro hac vice*) <br> andrew.brown@alston.com <br> **ALSTON & BIRD LLP** <br> 1201 West Peachtree Street, Suite 4900 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 881-7000 <br> Facsimile:  (404) 881-7001 |

JEAN E. RICHMANN (SBN 323525)
jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., 21st Floor
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile:  (415) 243-1001

*Attorneys for Defendant*
*Aetna Health of California, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SALOOJAS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AETNA HEALTH OF CALIFORNIA, INC., <br><br> *Defendant*. | Case No.:  3:22-cv-02887-JSC <br><br> **[PROPOSED ORDER] GRANTING DEFENDANT AETNA HEALTH OF CALIFORNIA, INC.'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS** <br><br> **Judge:** Hon. Jacqueline Scott Corley <br> **Date:** September 29, 2022 <br> **Time:** 9:00 a.m. <br> **Ctrm:** 8 <br><br> **Complaint Filed:**   May 16, 2022 |

-1-

[PROPOSED ORDER] GRANTING MOTION TO DISMISS COMPLAINT AND
MOTION TO STRIKE CLASS ACTION ALLEGATIONS
Case No.:  3:22-cv-02887-JSC

# ORDER

Defendant Aetna Health of California, Inc. filed its Motion to Dismiss Complaint and Motion to Strike Class Action Allegations. Having considered all of the papers filed in connection with the Motion and the oral arguments by counsel thereon, the Court issues the following Order:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss and Motion to Strike Class Action Allegations is GRANTED in its entirety and Plaintiff's Complaint is dismissed with prejudice.

DATED: _____                    _____
                                          Jacqueline Scott Corley
                                          United States District Judge

-2-

[PROPOSED ORDER] GRANTING MOTION TO DISMISS COMPLAINT AND
MOTION TO STRIKE CLASS ACTION ALLEGATIONS
Case No.:  3:22-cv-02887-JSC