EMILY S. COSTIN (SBN 240414)
emily.costin@alston.com
COURTNEY E. WALTER (*pro hac vice*)
courtney.walter@alston.com
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile:  (202) 654-4995

DAVID CARPENTER (*pro hac vice*)
david.carpenter@alston.com
ANDREW BROWN (*pro hac vice*)
andrew.brown@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

JEAN E. RICHMANN (SBN 323525)
jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., 21st Floor
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile:  (415) 243-1001

*Attorneys for Defendant*
*Aetna Health of California, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SALOOJAS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>    *Defendant*. | Case No.:  3:22-cv-02887-JSC<br>Hon. Jacqueline Scott Corley<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS**<br><br>**Complaint Filed:**    May 16, 2022 |

Pursuant to Civil Local Rule 6-1(a), Defendant Aetna Health of California, Inc. ("Defendant")

and Plaintiff Saloojas, Inc. ("Plaintiff"), by and through their respective counsel of record, stipulate as

1

STIPULATION AND [PROPSOED ORDER] TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF
MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS
Case No.:  3:22-cv-02887-JSC

follows:

WHEREAS, Plaintiff served its Complaint on May 27, 2022;

WHEREAS, Defendant filed its Notice of Motion, Motion to Dismiss Complaint, and Motion to Strike Class Action Allegations (Dkt. No. 25) on July 15, 2022;

WHEREAS, Plaintiff filed its Opposition to Defendant's Motion to Dismiss (Dkt. No. 26) on July 29, 2022;

WHEREAS, Defendant has requested, and Plaintiff has consented to, an additional seven (7) days for Defendant to file its Reply in Support of its Motion to Dismiss and Motion to Strike Class Action Allegations;

WHEREAS, an additional seven days for Defendant to file its reply will not alter the date of any event or any deadline already fixed by the Court order because the hearing is scheduled before this Court on September 29, 2022;

NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a), by and between the parties, through their respective counsel, that Defendant shall file its Reply in Support of its Motion to Dismiss and Motion to Strike Class Action Allegations by August 12, 2022.

**IT IS SO STIPULATED.**

DATED: August 2, 2022                    **ALSTON & BIRD LLP**

By:___*/s/ Jean E. Richmann*_____

DATED: August 2, 2022                    **LAW OFFICE OF MICHAEL LYNN GABRIEL**

By:____*/s/ Michael L. Gabriel*_____

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

5    DATED: _____, 2022                    _____
                                                 UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPSOED ORDER] TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF
MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS
Case No.:  3:22-cv-02887-JSC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.


DATED:  August 2, 2022

/s/ Jean E. Richmann
Jean E. Richmann

ALSTON & BIRD LLP
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Telephone: 415-243-1000
E-mail: jean.richmann@alston.com

*Counsel for Defendant Aetna Health of California, Inc.*

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS
Case No.:  3:22-cv-02887-JSC