UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AETNA HEALTH OF CALIFORNIA, INC, <br><br> Defendant. | Case No. 22-cv-02887-JSC <br><br> **JUDGMENT** |

The Court dismissed Plaintiff's First Amended Complaint without leave to amend, except with leave to amend one claim. (Dkt. No. 54 at 9.)[1] The deadline for Plaintiff to file a Second Amended Complaint was March 8, 2023, (Dkt. No. 55), and Plaintiff did not do so.

Accordingly, having granted dismissal by Order filed February 13, 2023, the Court enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 9, 2023

JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.